NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE:  WEBTRENDS, INC.,**
*Appellant*

---

2017-2447

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/636,690.

---

**JUDGMENT**

---

ROBERT W. BERGSTROM, Olympic Patent Works, Seattle, WA, argued for appellant.  Also represented by RICHARD L. BELL.

BRIAN RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu.  Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, FRANCES LYNCH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| June 6, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |